# United States District Court
## Southern District of Georgia

JOHN DUNN, Individually and on behalf of all other similarly situated

Plaintiff

v.

REDSPEED GEORGIA, LLC

Defendant

Case No. 1:24-CV-00032-JRH-BKE

Appearing on behalf of

REDSPEED GEORGIA, LLC

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 27th day of March, 2024.

*/s/ Brian K. Epps*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Christopher S. Cohilas |
| Business Address: | WATSON SPENCE LLP |
| | Firm/Business Name |
| | 320 W. Residence Avenue |
| | Street Address |
| | Albany    GA    31701 |
| | Street Address (con't)   City   State   Zip |
| | PO Box 2008 |
| | Mailing Address (if other than street address) |
| | Albany    GA    31702 |
| | Address Line 2   City   State   Zip |
| | (229) 436-1545         175377 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | ccohilas@watsonspence.com |