IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
JONATHAN DUNN, individually   *
and on behalf of all others   *
similarly situated,           *
                              *
     Plaintiff,               *      CV 124-032
                              *
     v.                       *
                              *
REDSPEED GEORGIA LLC,         *
                              *
     Defendant.               *
                              *
```

## O R D E R

Before the Court is Plaintiff's motion to stay briefing schedule on Defendant's motions to dismiss pending resolution of Plaintiff's motion to remand. (Doc. 19.) Defendant does not object to Plaintiff's motion. (Doc. 26, at 1.) Because the Court must resolve the issue of jurisdiction prior to taking up Defendant's motions to dismiss, the Court finds a stay of Plaintiff's deadline to respond to Defendant's motions to dismiss is appropriate.

Upon due consideration, the Court **GRANTS** Plaintiff's motion to stay. (Doc. 19.) The Clerk is directed to **STAY** all deadlines related to Defendant's motions to dismiss (Docs. 16, 17) until the Court has decided Plaintiff's pending motion to remand (Doc. 18). If Plaintiff's motion to remand is denied, Plaintiff shall have **FOURTEEN (14) DAYS** from the entry of the Court's Order denying his

motion to remand to file responsive briefing to Defendant's motions to dismiss.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of May, 2024.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```